IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

HOYE BOWMAN, INDIVIDUALLY AND AS
ADMINISTRATOR OF THE ESTATE OF DAFFIE
BOWMAN, DECEASED, AND ON BEHALF OF THE
WRONGFUL DEATH BENEFICIARIES OF DAFFIE BOWMAN                    PLAINTIFF

vs.                    CASE NO. CV-05-1113

BEVERLY ENTERPRISES, INC.; BEVERLY                               DEFENDANTS
HEALTH AND REHABILITATION SERVICES,
INC.; and BEVERLY ENTERPRISES – ARKANSAS, INC.
D/B/A BEVERLY HEALTHCARE – MEADOWBROOK LODGE

## ORDER

Now on this 22nd day of November 2005, comes on to be heard the motion for remand (Doc. 2) in the above-styled and numbered cause, and the Court, proceeding upon the motion, and the stipulation signed by counsel for the parties, being well and sufficiently advised in the premises, orders that the motion should be and hereby is **granted** and the above entitled cause be and the same is hereby remanded to the Circuit Court of Columbia County, Arkansas.

/s/ Harry F. Barnes
Hon. Harry F. Barnes
U.S. District Judge